IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS JAIME CASTILLO BUTTERS,<br><br>        Plaintiff,<br><br>v.<br><br>THE NATIONAL ACADEMY OF<br>SCIENCES et al. | Civil Action No. 1:22-cv-03054-TSC |

### DECLARATION OF JENNY MUN

I, Jenny Mun, declare, under the penalty of perjury, that the statements contained in this declaration are true and correct to the best of my knowledge and belief:

1. I am over the age of eighteen years, am suffering from no mental disability, and am legally competent to make this declaration. This declaration is based on my personal knowledge.

2. I am the Director of Membership at NAS. In this role, I created a webpage on October 14, 2021 to add to the public-facing website of NAS a list of outcomes of the review process for alleged violations of NAS' Code of Conduct applicable to members.

3. This webpage, entitled "Conduct Review Outcomes," was posted on the public-facing website of NAS on October 15, 2021, and contained only a statement that Mr. Castillo-Butters' NAS membership had been rescinded, effective October 9, 2021, due to a violation of Section 4 of the NAS Code of Conduct applicable to members.

4. There was no statement on the webpage that Mr. Castillo-Butters' NAS membership had been rescinded due to allegations of sexual harassment.

5. Attached hereto as Attachment A is a true and correct copy of the current version of the webpage concerning "Conduct Review Outcomes" on the public-facing NAS website as of

the date of this declaration. The statement about the rescission of Mr. Castillo-Butters' NAS membership that appears on the current webpage is the same as the statement that was posted on the website on October 15, 2021, except for non-substantive formatting changes that were subsequently made to the webpage.

6. An email was sent on behalf of Marcia McNutt to NAS members on October 13, 2021, via third party software maintained by the membership office, regarding the rescission of Mr. Castillo-Butters' NAS membership. A true and correct copy of the October 13 email is attached hereto as Attachment B.

7. The link in Attachment B to the NAS Members' Center password-protected website went directly to the internal membership page on which there was a statement that Mr. Castillo-Butters' NAS membership had been rescinded due to a violation of Section 4 of the Code of Conduct. The member website did not contain a statement that Mr. Castillo-Butters' NAS membership was rescinded due to allegations of sexual harassment.

Further declarant sayeth not.

Dated: 12/5/22

Jenny Mun

# Attachment A

Newsroom   |   Directory   |   Meetings & Events   |   Support the NAS

Search Site  

| ABOUT THE NAS | MEMBERSHIP | PROGRAMS | PUBLICATIONS | MEMBER LOGIN |

About NAS  ▸  Code of Conduct  ▸  Conduct Review Outcomes

Share   Print

## Conduct Review Outcomes

**Mission**

**History**

**Organization**

**Leadership and Governance**

**Code of Conduct**

  Code of Conduct for NAS Members

  Conduct Review Process Summary

  Conduct Review Outcomes

**NAS Strategic Plan**

**Policy on Discrimination, Harassment, and Bullying**

**Membership**

**Policy Studies and Reports**

Alleged violations of the NAS **Code of Conduct** are considered under the **Conduct Review Process**, which requires that complaints be supported by the outcome of an investigation by an organization with jurisdiction over the complaint, usually an employer, journal, or funding agency. The NAS does not undertake investigations of alleged violations except those that deal with internal matters.

The following actions have been taken following review of complaints (with the effective date):

**Geoffrey Marcy**; NAS Code of Conduct violation, Section 4; membership rescinded (May 24, 2021)
**Francisco Ayala**; NAS Code of Conduct violation, Section 4; membership rescinded (June 23, 2021)
**Luis Jaime Castillo Butters**; NAS Code of Conduct violation, Section 4; membership rescinded (October 9, 2021)
**Jane Lubchenco**; NAS Code of Conduct violation, Section 3; barred for five years from being involved in NAS publications; serving on or participating in NAS and NRC program activities; and receiving NAS honors or awards (August 8, 2022)

This site uses cookies. For more information on cookies visit: https://www.nationalacademies.org/legal/privacy

Accept All Cookies

Locations

Careers

Giving to NAS

Contact Us

# National Academy of Sciences

| ABOUT THE NAS | ACTIVITIES & PROGRAMS | | | PUBLICATIONS | RESOURCES |
|---|---|---|---|---|---|
| Mission | Awards | US-UK Scientific Forum | Committee on Human Rights | Proceedings (PNAS) | Newsroom |
| History | Cultural Programs | Blavatnik US-Israel Scientific Forum | Committee on Science, Engineering, Medicine, and Public Policy | National Academies Press | Member Directory |
| Organization | Distinctive Voices Lecture Series | From Research to Reward | | Biographical Memoirs | Meetings & Events |
| Leadership and Governance | Human Gene Editing Initiative | The Science Behind It | Committee on Women in Science, Engineering, and Medicine | Issues in Science and Technology | Locations |
| Membership | | Science & Entertainment Exchange | | | Careers |
| Policy Studies and Reports | Kavli Frontiers of Science Symposia | | Government-University-Industry Research Roundtable | | |
| Giving to NAS | LabX | Committee on International Security and Arms Control | | | |

Directory   |   Meetings & Events   |   Support the NAS

Copyright © 2022 National Academy of Sciences. All rights reserved.
Terms of Use and Privacy Policy



This site uses cookies. For more information on cookies visit: https://www.nationalacademies.org/legal/privacy

Accept All Cookies

# Attachment B

| | |
|---|---|
| **From:** | National Academy of Sciences <nasmembr@nas.edu> |
| **Sent:** | Wednesday, October 13, 2021 4:22 PM |
| **To:** | NAS Members |
| **Subject:** | CONFIDENTIAL - Rescinded Membership |



October 13, 2021

Members of the National Academy of Sciences

I write to inform you that an international NAS member's membership has been rescinded for violating the NAS Code of Conduct. This notification is confidential and intended only for NAS members. More detailed information is posted on the NAS Members' Center password protected website.

If you do not know your username and password, click the login link below:
Click here to login to the site automatically
[nas.nasonline.org](This is a "one-time use" link. To use the site in the future, click the "Manage My Account" link located in the left column of the site to select a username and password.)

Marcia McNutt
President

  [nas.nasonline.org]