UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUIS JAIME CASTILLO BUTTERS**, <br><br> Plaintiff, <br><br> v. <br><br> **NATIONAL ACADEMY OF SCIENCES, *ET AL*,** <br><br> Defendants. | Civil Action No. 22-3054 (TSC) |

### Order

For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 10), Defendants' Motion to Dismiss (ECF No. 4) is hereby GRANTED, and Plaintiff's Complaint is hereby DISMISSED without prejudice.

It is further ORDERED that the Clerk of the Court shall administratively close the case.

Date:  May 31, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge