# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7068**                    **September Term, 2025**

**1:22-cv-03054-TSC**

**Filed On: June 29, 2026** [2180989]

Luis Jaime Castillo Butters,

      Appellant

    v.

National Academy of Sciences and Marcia
McNutt,

      Appellees

------------------------------

Consolidated with 25-7001

## M A N D A T E

    In accordance with the judgment of May 22, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

     BY:   /s/
            Daniel J. Reidy
            Deputy Clerk

Link to the judgment filed May 22, 2026